| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN |
| Case number *(if known)* _____    Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **McConnell Sand and Stone LLC** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **26-4397749** |
| 4. | Debtor's address | **Principal place of business** **29209 County Road 407** **Newberry, MI 49868** Number, Street, City, State & ZIP Code **Luce** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **sandpit1@yahoo.com** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor **McConnell Sand and Stone LLC**　　　　　　　　　　　　　Case number (*if known*) _____
　　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor   **McConnell Sand and Stone LLC**　　　　　　　　　　　　　Case number (*if known*) _____
　　　　　Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____　　　　　　　　　Relationship _____
District _____ When _____　Case number, if known _____

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
　　　　 Contact name _____
　　　　 Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201　　　　　　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　　　　　page 3

Debtor   **McConnell Sand and Stone LLC**                                    Case number (*if known*)_____
         <sub>Name</sub>

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **McConnell Sand and Stone LLC**　　　　Case number (*if known*) _____
　　　　　Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on　**June 19, 2023**
　　　　　　　MM / DD / YYYY

X **/s/ Richard Jackson**　　　　　　　　　　**Richard Jackson**
Signature of authorized representative of debtor　　　Printed name

Title　**owner**

**18. Signature of attorney**

X **/s/ George E. Jacobs**　　　　　　　　　Date **June 19, 2023**
Signature of attorney for debtor　　　　　　　　　　MM / DD / YYYY

**George E. Jacobs P36888**
Printed name

**Bankruptcy Law Offices**
Firm name

**2425 S. Linden Rd.**
**Ste. C**
**Flint, MI 48532**
Number, Street, City, State & ZIP Code

Contact phone　**(810) 720-4333**　　Email address　**george@bklawoffice.com**

**P36888 MI**
Bar number and State

Fill in this information to identify the case:
Debtor name: **McConnell Sand and Stone LLC**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF MICHIGAN**
Case number (if known):

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                            12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1st National Bank of St. Ignace<br>132 N State St Ste 1, Saint Ignace, MI 49781 | | working capital | | $25,437.00 | $0.00 | $25,437.00 |
| AAA Sling<br>425 36th St SW<br>Grand Rapids, MI 49548 | | collection | | | | $18,732.61 |
| Airgas USA LLC<br>2661 N Opdyke Rd, Auburn Hills, MI 48326 | | collection | | | | $5,923.44 |
| Bluevine<br>401 Warren St,<br>Redwood City, CA 94063 | | working capital | | $113,261.00 | $0.00 | $113,261.00 |
| Borsheim<br>120 Regency Pkwy, Omaha, NE 68114 | | collection | | | | $6,295.00 |
| Borsheim<br>120 Regency Pkwy, Omaha, NE 68114 | | collection | | | | $1,963.88 |
| Briner Oil<br>325 Beck St.<br>Jonesville, MI 49250 | | collection | | | | $16,457.55 |
| C&M Wire Rope<br>3347 E Bristol Rd.<br>Burton, MI 48529 | | collection | | | | $63,436.55 |
| Crane Specialist<br>70 E End Dr,<br>Manheim, PA 17545<br>Manheim, PA 17545 | | collection | | | | $3,985.41 |
| DNA Field Service<br>6021 Chicago Drive<br>Zeeland, MI 49464 | | collection | | | | $12,157.50 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 1

Debtor **McConnell Sand and Stone LLC**                           Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Furie Poerio Field Service** 7938 Col John Kelly Rd Lewisburg, PA 17837 | | collection | | | | $16,298.54 |
| **Head and Guild** 6476 Rupley Circle Houston, TX 77087 | | collection | | | | $7,366.65 |
| **Imperial Supplies** 300 N Madison St, Green Bay Green Bay, WI 54301 | | collection | | | | $4,409.74 |
| **Jackson Trucking** 108 Anita Lane Longview, TX 75603 | | collection | | | | $4,632.50 |
| **Kapitus/Advance America** 2500 Wilson Blvd., Ste. 350 Arlington, VA 22201 | | working capital | | $169,804.00 | $0.00 | $169,804.00 |
| **Laurie Lapham Bookkeeper** 4115 Kelso Rd. North Adams, MI 49262 | | fees | | | | $2,550.00 |
| **McNalley** 5646 Swan Creek Rd. Saginaw, MI 48609 | | collection | | | | $37,666.25 |
| **Power Drive System** 2727 Saradan Dr. Jackson, MI 49202 | | collection | | | | $2,355.75 |
| **PVP Parts** 8509 Chateaugay Dr. Indianapolis, IN 46217 | | collection | | | | $54,130.93 |
| **Sisson Trucking** 4860 Bentley Lake Rd. Howell, MI 48843 | | collection | | | | $2,750.00 |

1ST NATIONAL BANK OF ST. IGNACE
132 N STATE ST STE 1,
SAINT IGNACE MI 49781


AAA SLING
425 36TH ST SW
GRAND RAPIDS MI 49548


AIRGAS USA LLC
2661 N OPDYKE RD,
AUBURN HILLS MI 48326


BAKERS WELDING
2900 LAKE PLEASANT ROAD
OSSEO MI 49266


BLUEVINE
401 WARREN ST,
REDWOOD CITY CA 94063


BORSHEIM
120 REGENCY PKWY,
OMAHA NE 68114


BORSHEIM
120 REGENCY PKWY,
OMAHA NE 68114


BRINER OIL
325 BECK ST.
JONESVILLE MI 49250


C&M WIRE ROPE
3347 E BRISTOL RD.
BURTON MI 48529


CONSTINE GRAVEL CO.
2625 W M 21
OWOSSO MI 48867


CRANE SPECIALIST
70 E END DR, MANHEIM, PA 17545
MANHEIM PA 17545

DNA FIELD SERVICE  
6021 CHICAGO DRIVE  
ZEELAND MI 49464

FASTENAL  
155 N ALLOY DR.  
FENTON MI 48430

FIRE PROS  
2710 NORTHRIDGE DR NW STE F  
GRAND RAPIDS MI 49544

FLINT WELDING SUPPLY CO.  
2201 BRANCH RD.  
FLINT MI 48506

FURIE POERIO FIELD SERVICE  
7938 COL JOHN KELLY RD  
LEWISBURG PA 17837

HEAD AND GUILD  
6476 RUPLEY CIRCLE  
HOUSTON TX 77087

HI-QUYALITY GLASS  
216 E EXCHANGE ST.  
OWOSSO MI 48867

IMPERIAL SUPPLIES  
300 N MADISON ST, GREEN BAY  
GREEN BAY WI 54301

IPS

IRS  
CENTRALIZED INSOLVENCY OPERATIONS  
P.O. BOX 21126  
PHILADELPHIA PA 19114

JACKSON GLASS  
555 S COOPER ST.  
JACKSON MI 49201

JACKSON TRUCKING
108 ANITA LANE
LONGVIEW TX 75603


KAPITUS/ADVANCE AMERICA
2500 WILSON BLVD., STE. 350
ARLINGTON VA 22201


LAURIE LAPHAM BOOKKEEPER
4115 KELSO RD.
NORTH ADAMS MI 49262


LEID
2110 E WALTON BLVD.
AUBURN HILLS MI 48326


MCNALLEY
5646 SWAN CREEK RD.
SAGINAW MI 48609


MICHIGAN TECH
1400 TOWNSEND DR.
HOUGHTON MI 49931


NISCO
1001 EAST LINCOLN AVENUE
MADISON HEIGHTS MI 48071


O'REILY AUTO PARTS
PO BOX 9464
SPRINGFIELD MO 65801


POWER DRIVE SYSTEM
2727 SARADAN DR.
JACKSON MI 49202


PRIVY DELIVERY
3189 N LAKE PLEASANT RD.
HILLSDALE MI 49242


PVP PARTS
8509 CHATEAUGAY DR.
INDIANAPOLIS IN 46217

```
SAFETY-KLEEN
3899 WOLF RD.
SAGINAW MI 48601


SILCO FIRE SAFETY
10200 READING RD.
CINCINNATI OH 45241


SISSON TRUCKING
4860 BENTLEY LAKE RD.
HOWELL MI 48843
```

# United States Bankruptcy Court
## Western District of Michigan

In re   **McConnell Sand and Stone LLC**                               Case No.
Debtor(s)                                                              Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **McConnell Sand and Stone LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 19, 2023**                                **/s/ George E. Jacobs**
Date                                             **George E. Jacobs P36888**
                                                 Signature of Attorney or Litigant
                                                 Counsel for   **McConnell Sand and Stone LLC**
                                                 **Bankruptcy Law Offices**
                                                 **2425 S. Linden Rd.**
                                                 **Ste. C**
                                                 **Flint, MI 48532**
                                                 **(810) 720-4333 Fax:(810) 720-4087**
                                                 **george@bklawoffice.com**